IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

*Motion GRANTED. Hearing reset for 11/18/15 at 2:30 p.m.*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | No. 3:15-cr-00033 |
| ) | JUDGE ALETA TRAUGER |
| GEORGE BUTTERWORTH ) | |

## MOTION TO CONTINUE SENTENCING HEARING

Comes now the Defendant, George Butterworth, by and through counsel, respectfully requests the Court to continue the sentencing hearing in the above matter which is currently scheduled for October 23, 2015 at 2:30 p.m. For cause, Defendant would submit that the pre-sentence investigation report is still not complete. Liberty Lander, Senior United States Probation Officer, indicates that due to the complex nature of this case that more time will be needed to complete the report.

The United States Attorney for this case, Bill Abely, is currently out of town. Ms. Lander, nor counsel, were able to reach Mr. Abely regarding his position on this motion.

Respectfully submitted,

/s/ Jim Todd
Jim Todd, #16320
May, Hagan & Todd, PLLC
214 Second Avenue, North, Suite 400
Nashville, TN 37201
Phone: (615) 256-7337
Fax: (615) 254-4228